1022

Augustus MacKENZIE, Jr., Libelant Appellant, v. PENNSYLVANIA RAILROAD COMPANY and Steam Tug Dalzelline, Respondents Appellees, Fred B. Dalzell, Claimant Appellee.

Circuit Court of Appeals, Second Circuit.
December 6, 1928.

No. 94.

Opinion below delivered orally.

William F. Purdy, of New York City (Thomas A. McDonald, of New York City, of counsel), for appellant.

Burlingham, Veeder, Masten & Fearey, of New York City (Eugene Underwood, Jr., of New York City, of counsel), for appellees.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree affirmed in open court.

METROPOLITAN DEVICE CORPORATION, Plaintiff-Appellee, v. ERA ELECTRICAL SUPPLY CORPORATION, Defendant Appellant.*

Circuit Court of Appeals, Second Circuit.
December 3, 1928.

No. 77.

See, also, 19 F.(2d) 442.

O. Ellery Edwards, of New York City, for appellant.

D. Anthony Usina, of New York City, for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Order affirmed.

PEABODY ENGINEERING CORPORATION, Plaintiff Appellant, v. TODD DRY DOCK ENGINEERING & REPAIR CORPORATION, Defendant Appellee.

Circuit Court of Appeals, Second Circuit.
December 3, 1928.

No. 127.

*Certiorari denied 49 S. Ct. 254, 73 L. Ed. —.

Meyers & Jones, of New York City (Charles S. Jones and J. Granville Meyers, both of New York City, of counsel), for appellant.

Everett N. Curtis, of Chicago, Ill., and Frederick W. Barker, of New York City, for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree affirmed.

Henry STERN, Plaintiff Appellant, v. Max ALPERN, Defendant Appellee.

Circuit Court of Appeals, Second Circuit.
December 17, 1928.

No. 93.

Ivan Konigsberg, of New York City, for appellant.

Dyke & Schaines, of New York City (Herbert H. Dyke, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree affirmed.

THOMAS CRONIN COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

Circuit Court of Appeals, Third Circuit.
December 10, 1928.

No. 3880.

Wm. G. Heiner, of Pittsburgh, Pa., for appellant.

Mabel Walker Willebrandt, Asst. Atty. Gen., and Sewall Key and Randolph C. Shaw, both of Washington, D. C. (C. M. Charest and Leland Scott, both of Washington, D. C., of counsel), for appellee.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM. In view of the finding of fact by the Commissioner, and of there being evidence from which such finding is made, the order appealed from is affirmed.